IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JACKSON VELA,

              Plaintiff,

v.                                          Civil No. 1:17-cv-01093-LMB-JFA

EQUIFAX INFORMATION SERVICES, LLC,
TRANS UNION, LLC, EXPERIAN INFORMATION
SOLUTIONS, INC., EXPERIAN RENTBUREAU,
and FAIR COLLECTIONS & OUTSOURCING, INC.,

              Defendants.

## **FINANCIAL INTEREST DISCLOSURE STATEMENT**

1.      Pursuant to Local Rule 7.1 of the Eastern District of Virginia, Trans Union LLC discloses that:

     a.      The following are parents, trusts, subsidiaries and/or affiliate entities that have issued shares or debt securities to the public or are a publically held entity that owns 10% or more of Trans Union:  Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc.  TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion.  TransUnion is a publicly traded entity.  Advent International Corp. and GS Capital Partners, an affiliate of Goldman Sachs Group, Inc., a publicly traded entity, together own a majority of the stock in TransUnion.

     b.      The following are owners or members of non-publicly traded entities such as LLCs or other closely held entities: TransUnion Intermediate Holdings, Inc. is the sole member of Trans Union LLC.

2. Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Trans Union LLC hereby discloses that the following are the parent corporation and any publicly held corporation owning 10% or more of its stock: Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity. Advent International Corp. and GS Capital Partners, an affiliate of Goldman Sachs Group, Inc., a publicly traded entity, together own a majority of the stock in TransUnion. No public company directly owns 10% or more of the stock in Trans Union LLC. TransUnion, a publicly traded entity, owns more than 10% of the stock in TransUnion Intermediate Holdings, Inc. Goldman Sachs Group, Inc., a publicly traded entity, through GS Capital Partners, owns more than 10% of the stock in TransUnion.

TRANS UNION LLC

/s/_____
Gibson S. Wright
Virginia Bar Number 84632
Attorney for Trans Union LLC
McCandlish Holton Morris
P.O. Box 796
Richmond, VA 23218
Telephone: (804) 775-3100
Facsimile: (804) 775-3800
gwright@lawmh.com

DATED: October 25, 2017.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of October, 2017, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Kristi C. Kelly
Andrew J. Guzzo
Casey S. Nash
Kelly & Crandall, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Tel: (703) 424-7572
Fax: (703) 591-0167
kkelly@kellyandcrandall.com
aguzzo@kellyandcrandall.com
casey@kellyandcrandall.com
*Counsel for Plaintiff*

/s/_____
Gibson S. Wright
Virginia Bar Number 84632
Attorney for Trans Union LLC
McCandlish Holton Morris
P.O. Box 796
Richmond, VA 23218
Telephone: (804) 775-3100
Facsimile: (804) 775-3800
gwright@lawmh.com