**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| JACKSON VELA, : | |
| : | |
| Plaintiff, : | |
| v. : | Civil Action No. 1:17- cv-01093 (LMB/JFA) |
| : | |
| EQUIFAX INFORMATION SERVICES, : | |
| LLC, *et al.*, : | |
| : | |
| Defendants. : | |

**JOINT DISCOVERY PLAN**

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Local Rule 26(A) and the Scheduling Order entered by this Court on December 6, 2017, counsel of record for the parties submit this Joint Discovery Plan in advance of the Initial Pretrial Conference scheduled for Wednesday, January 3, 2018 at 11:00 a.m.[1] The parties request that the Court waive the scheduled conference, as outlined in Paragraph 13 below.

Pursuant to Fed. R. Civ. P. 26(f), the parties conferred on December 15, 2017, to formulate this Joint Discovery Plan. Unless specifically noted otherwise, the parties agree as follows:

1. Conclusion of Discovery. Discovery will be concluded by Friday, April 13, 2018, as provided in the Court's Order.

2. Initial Disclosures. The parties will exchange initial disclosures under Rule 26(a)(1) on or before **January 5, 2018**. The parties agree to exchange non-confidential documents with their

---

[1] Plaintiff has resolved his claims against Trans Union and will submit a dismissal order to that effect shortly.

initial disclosures. Confidential documents will be exchanged after the entry of a protective order.

      3. <u>Claims, Defenses, and Settlement.</u> The parties have conferred as to the nature and basis of their claims. The parties have discussed the potential for mediation in this matter and have agreed to re-address the issue once sufficient investigation has taken place to determine the nature and basis of their claims and defenses and the possibilities for promptly settling or resolving the case. The parties are willing to consider Court-supervised mediation at an appropriate time, individually or collectively.

      4. <u>Discovery Schedule.</u> The parties do not believe that the Local Civil Rules should be altered with respect to the timing of discovery. Accordingly, all requests for written discovery should be served so that answers thereto shall be due to be served not later than the discovery cut-off date.

      5. <u>Service of Papers and Pleadings.</u> All pleadings, motions and other papers that are filed with the Court will be distributed to the parties via the Court's electronic notification system, as provided by the Federal Rules of Civil Procedure and the Local Rules, which shall constitute sufficient service. In addition, the parties agree that each has the option to serve by email all discovery requests, written responses, and any other papers that are not filed with the Court. The serving party shall attach the pleading or paper in a "portable document format" ("pdf") or other form of electronic file. For purposes of calculating response deadlines, any emailed document will be treated as having been sent via regular mail. If transmission of voluminous materials as an e-mail attachment is impractical, then those materials shall be served by regular mail, courier service or other means as agreed by the parties.

6. Discovery of Electronically Stored Information. Electronically stored information and documents may be produced in either electronic or printed form, unless electronic form is specifically requested in relation to particular requests. Documents produced in electronic form shall be produced in the format selected by the producing party, unless agreed otherwise by counsel before production.

7. Privileged or Protected Materials. The parties agree that to the extent any party intends to assert a claim of privilege or protection as trial preparation material, any such claim must be made in a timely manner and in accordance with Fed. R. Civ. P. 26(b)(5). The parties agree that communications made after the beginning of litigation do not need to be stated on any privilege log. The parties agree that inadvertent production of privileged materials shall not constitute a waiver of privileges or protections so long as the producing party notifies the receiving party promptly upon discovery of the inadvertent production. Disputes concerning privileges and protections shall be addressed in accordance with Fed. R. Civ. P. 26(b)(5)(B).

8. Protective Orders. Counsel agrees to discuss entry of a stipulated protective order. The parties will work together to agree on a form for a Protective Order consistent with the requirements of the Local Rules.

9. Expert Discovery. The parties agree that expert discovery is necessary. The Plaintiff shall make his expert disclosures by **February 12, 2018.** Defendants' expert disclosures are due **March 14, 2018**. To the extent they are necessary, rebuttal disclosures are due **March 29, 2018.**

10. Subjects of Discovery. The parties agree that discovery relevant to the claims and defenses contained in the pleadings will be appropriate, subject to all objections permitted by the applicable rules. The parties agree that any documents received in response to a subpoena to a third party will be provided to the other parties within ten business days.

11. <u>Trial by Magistrate.</u> The parties do not consent to trial by Magistrate.

12. <u>Disclosures, Exhibit Lists, Witness Lists and Stipulations.</u> The parties agree that the Rule 26(a)(3) disclosures, a list of exhibits to be used at trial, a list of the witnesses to be called at trial and a written stipulation of uncontested facts will be filed electronically with the Court on or before the Final Pretrial Conference. Objections to exhibits will be filed within 10 days after the Final Pretrial Conference; otherwise the exhibits shall stand admitted in evidence.

The original exhibits shall be delivered to the clerk as provided by Local Civil Rule 79(A).

13. <u>Waiver of Appearance and Pretrial Conference.</u> The parties agree to waive their appearance at the Pretrial Conference on January 3, 2018 if the Court approves this Joint Discovery Plan.

| **SO STIPULATED** | Dated: December 20, 2017 |
|---|---|
| By: __/s/_____ <br> Kristi Cahoon Kelly, VSB #72791 <br> Andrew Joseph Guzzo, VSB #82170 <br> Casey Nash, VSB #84261 <br> KELLY & CRANDALL, PLC <br> 3925 Chain Bridge, Suite 202 <br> Fairfax, VA  22030 <br> Telephone: (703) 424-7576 <br> Facsimile: (703) 591-0167 <br> Email:  kkelly@kellyandcrandall.com <br> Email:  aguzzo@kellyandcrandall.com <br> Email: Casey@kellyandcrandall.com <br> *Counsel for Plaintiff* | By: __/s/_____ <br> David Neal Anthony, VSB#31696 <br> Troutman Sanders LLP <br> 1001 Haxall Point <br> PO Box 1122 <br> Richmond, VA 23218 <br> Telephone: (804) 697-5410 <br> Facsimile: (804) 698-5118 <br> Email:david.anthony@troutmansanders.com <br> *Counsel for Experian Information Solutions, Inc. and Experian RentBureau* |

| | |
|---|---|
| By: _____/s/_____ | By: _____/s/_____ |
| Harijot S. Khalsa, VSB #78682 | John Willard Montgomery, Jr., VSB #37149 |
| Sessions, Fishman, Nathan & Israel | Traylor Montgomery & Elliott PC |
| 1545 Hotel Circle South, Suite 150 | 130 E Wythe St |
| San Diego, CA 92108-3426 | Petersburg, VA 23803 |
| Telephone: (657) 445-6089 | Telephone: (804) 861-1122 |
| Facsimile: (619) 296-2013 | Facsimile: (804) 733-6022 |
| Email: hskhalsa@sessions.legal | Email: jmontgomery@tmande.com |
| *Counsel for Fair Collections & Outsourcing, Inc.* | *Counsel for Equifax Information Services, LLC* |

## CERTIFICATE OF SERVICE

      I hereby certify that on this 20th day of December, 2017, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

Michael R. Ward
Gibson S. Wright
McCandlish Holton Morris, P.C.
1111 East Main Street, Suite 2100
Richmond, Virginia 23218
Telephone: (804) 775-3100
Facsimile: (804) 775-3800
Email: mward@lawmh.com
Email: gwright@lawmh.com
*Counsel for Trans Union LLC*

John Willard Montgomery, Jr.
Traylor Montgomery & Elliott PC
130 E Wythe St
Petersburg, VA 23803
Telephone: (804) 861-1122
Facsimile: (804) 733-6022
Email: jmontgomery@tmande.com
*Counsel for Equifax Information Services, LLC*

David Neal Anthony
Troutman Sanders LLP (Richmond)
1001 Haxall Point
PO Box 1122
Richmond, VA 23218
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com
*Counsel for Experian Information Solutions, Inc.*

Harijot S. Khalsa
Sessions, Fishman, Nathan & Israel
1545 Hotel Circle, Suite 150
San Diego, CA 92108-3426
Telephone: (657) 445-6089
Facsimile: (619) 296-2013
Email: hskhalsa@sessions.legal
*Counsel for Fair Collections & Outsourcing, Inc.*

      */s/ Kristi C. Kelly*
Kristi C. Kelly, VSB #72791
KELLY & CRANDALL, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: 703-424-7576
Facsimile: 703-591-0167
Email: kkelly@kellyandcrandall.com
*Counsel for Plaintiff*