IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JACKSON VELA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:17-cv-01093-LMB-MSN |
| ) | |
| EQUIFAX INFORMATION ) | |
| SERVICES, LLC, et al, ) | |
| ) | |
| Defendants. ) | |

## DISMISSAL ORDER

THIS DAY CAME the Plaintiff, JACKSON VELA, and the Defendant, TRANS UNION, LLC, by counsel, and hereby moves the Court to dismiss with prejudice all claims against Defendant TRANS UNION, LLC, in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is, hereby ORDERED, ADJUDGED, and DECREED that the Complaint against TRANS UNION, LLC is DISMISSED with prejudice. This matter continues as to the remaining defendants.

Entered this 8th day of January, 2018.

/s/
Leonie M. Brinkema
United States District Judge