**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| JACKSON VELA, | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1:17- cv-01093 (LMB/JFA) |
| | : |
| EQUIFAX INFORMATION SERVICES, LLC, *et al.*, | : |
| | : |
| Defendants. | : |

## WAIVER OF HEARING

The Plaintiff, by counsel, hereby waives a hearing as to his Motion for Extension of Time (Dkt. No. 35) regarding the deadline to serve his expert witness disclosures.

Respectfully submitted,
**JACKSON VELA**


By:_____/s/_____
Kristi C. Kelly, Esq., VSB #72791
Andrew J. Guzzo, Esq., VSB #82170
Casey S. Nash, Esq., VSB #84261
KELLY & CRANDALL, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyandcrandall.com
Email: aguzzo@kellyandcrandall.com
Email: casey@kellyandcrandall.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2018, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                                /s/
                                    Kristi Cahoon Kelly, VSB# 72791
KELLY & CRANDALL, PLC
3925 Chain Bridge Rd, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
kkelly@kellyandcrandall.com
*Counsel for Plaintiff*