IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JACKSON VELA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:17-cv-01093-LMB-MSN |
| ) | |
| EQUIFAX INFORMATION ) | |
| SERVICES, LLC, et al, ) | |
| ) | |
| Defendants. ) | |

**DISMISSAL ORDER**

THIS DAY CAME the Plaintiff, JACKSON VELA, and the Defendants, EXPERIAN INFORMATION SOLUTIONS, INC. and EXPERIAN RENTBUREAU, by counsel, and hereby move the Court to dismiss with prejudice all claims against Defendants EXPERIAN INFORMATION SOLUTIONS, INC. and EXPERIAN RENTBUREAU, in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is, hereby ORDERED, ADJUDGED, and DECREED that the Complaint against EXPERIAN INFORMATION SOLUTIONS, INC. and EXPERIAN RENTBUREAU is DISMISSED with prejudice. This matter continues as to the remaining defendants.

Entered this 7th day of February, 2018.

/s/ _____
Leonie M. Brinkema
United States District Judge

WE ASK FOR THIS:

*/s/*
Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash VSB #84261
KELLY & CRANDALL, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
(703) 424-7570 - Telephone
(703) 591-0167 - Facsimile
E-mail: kkelly@kellyandcrandall.com
E-mail: aguzzo@kellyandcrandall.com
E-mail: casey@kellyandcrandall.com
*Counsel for Plaintiff*

*/s/*
David N. Anthony VSB #31696
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
(804) 697-5410 – Telephone
(804) 698-5118 – Facsimile
E-mail: david.anthony@troutmansanders.com
*Counsel for Experian Information Solutions, Inc. and Experian RentBureau*