IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JACKSON VELA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:17cv1093 (LMB/JFA) |
| ) | |
| EQUIFAX INFORMATION SERVICES, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

On February 7, 2018, plaintiff filed a notice of withdrawal as to his motion to compel. (Docket nos. 32, 40). Accordingly, the hearing on plaintiff's motion to compel (Docket no. 32) set for Friday, February 9, 2018 at 10:00 a.m. is cancelled.

Entered this 8th day of February, 2018.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia