IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JACKSON VELA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>EQUIFAX INFORMATION )<br>SERVICES, LLC, et al., )<br>)<br>Defendants. ) | Civil Action No. 1:17-cv-01093-LMB-JFA |

## DISMISSAL ORDER

THIS DAY CAME the Plaintiff, JACKSON VELA, and the Defendant, FAIR COLLECTIONS & OUTSOURCING, INC., by counsel, and hereby move the Court to dismiss with prejudice all claims <u>only against</u> Defendant FAIR COLLECTIONS & OUTSOURCING, INC., in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is, hereby ORDERED, ADJUDGED, and DECREED that the Complaint <u>only against</u> FAIR COLLECTIONS & OUTSOURCING, INC. is DISMISSED with prejudice. This matter continues as to the remaining defendant.

Entered this _____ day of _____, 2018.

_____
LEONIE M. BRINKEMA
United States District Judge

WE ASK FOR THIS:

_____
Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
KELLY & CRANDALL, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
(703) 424-7570 - Telephone
(703) 591-0167 - Facsimile
E-mail: kkelly@kellyandcrandall.com
E-mail: aguzzo@kellyandcrandall.com
E-mail: casey@kellyandcrandall.com
*Counsel for Plaintiff*

_____
Harijot S. Khalsa, VSB #78682
Sessions, Fishman, Nathan & Israel
1545 Hotel Circle South, Suite 150
San Diego, CA 92108
Phone: (657) 445-6089
Fax: (619) 296-2013
Email: hskhalsa@sessions.legal
*Counsel for Fair Collections & Outsourcing, Inc.*