IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JACKSON VELA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> EQUIFAX INFORMATION ) <br> SERVICES, LLC, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:17-cv-01093-LMB-JFA |

## DISMISSAL ORDER

THIS DAY CAME the Plaintiff, JACKSON VELA, and the Defendant, FAIR COLLECTIONS & OUTSOURCING, INC., by counsel, and hereby move the Court to dismiss with prejudice all claims only against Defendant FAIR COLLECTIONS & OUTSOURCING, INC., in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is, hereby ORDERED, ADJUDGED, and DECREED that the Complaint only against FAIR COLLECTIONS & OUTSOURCING, INC. is DISMISSED with prejudice. This matter continues as to the remaining defendant.

Entered this 21st day of February, 2018.

/s/
Leonie M. Brinkema
United States District Judge