IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JACKSON VELA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:17-cv-01093-LMB-JFA |
| ) | |
| EQUIFAX INFORMATION ) | |
| SERVICES, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## DISMISSAL ORDER

THIS DAY CAME the Plaintiff, JACKSON VELA, and the Defendant, EQUIFAX INFORMATION SERVICES, LLC, by counsel, and hereby move the Court to dismiss with prejudice all claims against Defendant EQUIFAX INFORMATION SERVICES, LLC, in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is, hereby ORDERED, ADJUDGED, and DECREED that the Complaint against EQUIFAX INFORMATION SERVICES, LLC is DISMISSED with prejudice.

Entered this 7th day of March, 2018.

/s/
Leonie M. Brinkema
United States District Judge

WE ASK FOR THIS:

/s/ Kristi Cahoon Kelly
Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
KELLY & CRANDALL, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
(703) 424-7570 - Telephone
(703) 591-0167 - Facsimile
E-mail: kkelly@kellyandcrandall.com
E-mail: aguzzo@kellyandcrandall.com
E-mail: casey@kellyandcrandall.com
*Counsel for Plaintiff*

/s/ John W. Montgomery, Jr.
John W. Montgomery, Jr., VSB #37149
Traylor, Montgomery & Elliott, P.C.
130 E. Wythe Street
Petersburg, VA 23803
Phone: (804) 861-1122
Fax: (804) 733-6022
Email: jmontgomery@tmande.com
*Counsel for Equifax Information Services, LLC*